131 So.2d 186

**Andrew WILBOURN**

v.

**STATE.**

8 Div. 760.

Court of Appeals of Alabama.

April 25, 1961.

Rehearing Denied May 30, 1961.

Jas. H. Butler, Huntsville, for appellant.

MacDonald Gallion, Atty. Gen., and John G. Bookout, Asst. Atty. Gen., for the State.

PRICE, Judge.

Affirmed.

133 So.2d 707

**Roosevelt WESTMORELAND**

v.

**CITY OF BIRMINGHAM.**

6 Div. 805.

Court of Appeals of Alabama.

May 30, 1961.

Rehearing Denied June 20, 1961.

Arthur D. Shores, Peter A. Hall, Orzell Billingsley, Jr., Oscar W. Adams, Jr., and J. Richmond Pearson, Birmingham, for appellant.

Watts E. Davis and Wm. C. Walker, Birmingham, for appellee.

CATES, Judge.

Affirmed on authority of Gober v. City of Birmingham, ante, p. 313, 133 So.2d 697.

133 So.2d 707

**William WEST**

v.

**CITY OF BIRMINGHAM.**

6 Div. 804.

Court of Appeals of Alabama.

May 30, 1961.

Rehearing Denied June 20, 1961.

Arthur D. Shores, Peter A. Hall, Orzell Billingsley, Jr., Oscar W. Adams, Jr., and J. Richmond Pearson, Birmingham, for appellant.

Watts E. Davis and Wm. C. Walker, Birmingham, for appellee.

PRICE, Judge.

Affirmed on authority of Gober v. City of Birmingham, ante, p. 313, 133 So.2d 697.